IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**VERDI BLACKWOOD,** : Civil No. 1:18-cv-1168
:
**Plaintiff,** :
:
v. :
:
**TESIA NADINE POYSER and** :
**LURISE POYSER,** :
:
**Defendants.** : Judge Sylvia H. Rambo

## **O R D E R**

In accordance with the accompanying memorandum, I**T IS HEREBY ORDERED** that the complaint is **DISMISSED** with prejudice, including the state law claim, for lack of federal jurisdiction. No amendment can cure the deficiencies noted in the court's opinion.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: June 18, 2018